Donald COUSINS *v.* FARM BUREAU MUTUAL
INSURANCE COMPANY of Arkansas, Inc.

88-138                                              758 S.W.2d 707

Supreme Court of Arkansas
Opinion delivered October 24, 1988
[Rehearing denied November 21, 1988.]

*Odom, Elliott & Martin,* by: *Don R. Elliott, Jr.* and *Bill Bracey,* for appellant.

*Davis, Cox & Wright,* by: *Kelly Carithers,* for appellee.

DARRELL HICKMAN, Justice. ■ The trial court granted Farm Bureau's motion for summary judgment and dismissed it from this suit. Other defendants remain in the suit. According to ARCP Rule 54(b), this is not an appealable order. *See Rone* v. *Little,* 293 Ark. 242, 737 S.W.2d 152 (1987).

Appeal dismissed.